UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – ROYBAL BUILDING

| | |
|---|---|
| MARK MCHENRY, an Individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>CDM RESTAURANT, INC., doing business as LANDMARK STEAKHOUSE, a California Corporation; and DOES 1-30, Inclusive,<br><br>            Defendants. | Case No.: CV11-02636 JHN (VBKx)<br><br>**ORDER APPROVING STIPULATED PROTECTIVE ORDER**<br><br>**[ASSIGNED TO THE HONORABLE JACQUELINE H. NGUYEN – RM. 790; AND TO MAGISTRATE JUDGE, THE HONORABLE VICTOR B. KENTON –RM. 590 FOR DISCOVERY PURPOSES]** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

REED SMITH LLP<br>A limited liability partnership formed in the State of Delaware

Having considered the Stipulated Protective Order submitted by the parties on or about July 6, 2011, and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulated Protective Order is approved and shall govern the production and disclosure of confidential documents and information in this action.  Additionally: 1) Comply with all local rules; note esp. L.R. 79-5; 2) Trial judge will govern all procedures re sealed documents as to trial and related matters.


DATED:  July 20, 2011                    _____/s/_____
                                         Honorable Victor B. Kenton
                                         Magistrate Judge of the
                                         United States District Court

REED SMITH LLP
A limited liability partnership formed in the State of Delaware