1  Stuart A. Shanus (SBN 188046)
   sshanus@reedsmith.com
2  Miles M. Cooley (SBN 206783)
   mcooley@reedsmith.com
3  REED SMITH LLP
   1901 Avenue of the Stars, Suite 700
4  Los Angeles, CA 90067
   Telephone: 310.734.5200
5  Facsimile: 310.734.5299

6  Attorneys for Plaintiff
7  Mark McHenry

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10         WESTERN DIVISION – EDWARD R. ROYBAL BUILDING

| | |
|---|---|
| 11  MARK MCHENRY, an Individual, | Case No.: CV11-02636 JHN (VBKx) |
| 12             Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE** |
| 13       vs. | Complaint Filed    March 29, 2011 |
| 14  CDM RESTAURANT, INC., doing business as LANDMARK STEAKHOUSE, a California Corporation; and DOES 1-30, Inclusive, | [Assigned to The Honorable Jacqueline H. Nguyen -- Rm. 790; and to Magistrate Judge, the Honorable Victor B. Kenton – Rm. 590 for Discovery Purposes] |
| 17             Defendants. | |

18  ///
19  ///
20  ///
21  ///
22  //
23  ///
24  ///
25  ///

1  IT IS HEREBY STIPULATED by and between the parties to this action,
2 through their counsel of record, that the above-entitled action, including all claims
3 asserted therein, is hereby dismissed with prejudice pursuant to Federal Rule of Civil
4 Procedure 41.

7 DATED: February 2, 2012

REED SMITH LLP
Stuart A. Shanus
Miles M. Cooley


By /s/ Stuart A. Shanus
   Attorneys for Plaintiff
   Mark McHenry

DATED: February 2, 2012

RIDOUT & LYON LLP
Christopher P. Ridout


By /s/ Christopher P. Ridout
   Attorneys for Defendant
   CDM Restaurant, Inc. d/b/a Landmark
   Steakhouse

US_ACTIVE-108443189.1

# PROOF OF SERVICE

RE:   MCHENRY v. CDM RESTAURANT, INC. (Case No. CV11-2636 JHN)

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is RIDOUT & LYON, LLP., 555 E. Ocean Boulevard, Suite 500, Long Beach, CA 90802.

On **February 2, 2012**, I served the foregoing document(s) described as:

- **STIPULATION FOR DISMISSAL WITH PREJUDICE**

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

**SEE ATTACHED PROOF OF SERVICE LIST**

___   **VIA OVERNIGHT MAIL:**
VIA FEDEX: By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

___   **VIA U.S. MAIL:**
I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under the practice such sealed envelope(s) would be deposited with the U.S. postal service on **February 2, 2012** with postage thereon fully prepaid, as Long Beach, California.

___   **VIA PERSONAL DELIVERY:**
I personally delivered such sealed envelope(s) by hand to the offices of the addressee(s) pursuant to CCP § 1011.

_x_   **VIA NOTICE OF ELECTRONIC FILING ("NEF")**
Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 2, 2012**, I checked the CM/ECF docket for this case and determined that the person(s) listed in the Proof of Service List are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on **February 2, 2012**, at Long Beach, California.

_____
JULIE SAUNDERS

**PROOF OF SERVICE LIST**

| | |
|---|---|
| Stuart A. Shanus, Esq.<br>sshanus@reedsmith.com<br>Miles M. Cooley, Esq.<br>mcooley@reedsmith.com<br>Rachel A. Rubin, Esq.<br>rrubin@reedsmith.com<br>**REED SMITH, LLP.**<br>1901 Avenue of the Stars, Suite 700<br>Los Angeles, CA 90067<br>(310) 734-5200<br>(310) 734-5299 Facsimile<br><br>**Attorney for Plaintiff,**<br>MARK MCHENRY | |